IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ERIC MARTIN                                                              PETITIONER

v.                       NO. 2:22-cv-00079 JM

JOHN P. YATES                                                            RESPONDENT

ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. No objections have been filed. After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2241 filed by petitioner Eric Martin is dismissed. All requested relief is denied, and judgment will be entered for respondent John P. Yates.

IT IS SO ORDERED this 8th day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE