IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ERIC MARTIN                                                                                          PETITIONER

v.                                    NO. 2:22-cv-00079 JM

JOHN P. YATES                                                                                     RESPONDENT

JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent John P. Yates.

IT IS SO ORDERED this 8th day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE